PD-1636-15

PD-1636-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/17/2015 11:44:59 AM
Accepted 12/19/2015 9:01:14 AM
ABEL ACOSTA
CLERK

NO. 13-10-00650-CR

| | | |
|---|---|---|
| **MIGUEL ANGEL AGUILERA** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes, MIGUEL ANGEL AGUILERA, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

I.

On November 234 2015, the 13th Court of Appeals affirmed Appellant's conviction. See, MIGUEL ANGEL AGUILERA v. THE STATE OF TEXAS, Tr. Ct. No. 13-CR-1492-B

II.

Appellant's Petition for Discretionary Review in this cause is due on, August 20, 2012. Counsel respectfully requests 30 days from the presently scheduled deadline to file Appellant's petition.

III.

As reason for this request, Counsel states he is currently working on the following appeals:

> USA v. Kristopher Michael Montemayor, 15-40197 Fifth Circuit
> USA v. Obed Torres-Hernandez, 15-41654 Fifth Circuit
> USA v. Guillero Herrera, 15-40654
> Antonio Santos v. States of Texas, 13-15-00353-CR
> Kevin Lozano v. State of Texas, 13-15-00513-CR

**WHEREFORE, PREMISES CONSIDERED**, Counsel for Appellant respectfully requests an extension of 45 days, until Jan 31, 2015, to file a petition for discretionary review. The additional time is needed because I have spent the last two weeks determine whether the 13th Court of Appeals might reconsider its opinion. As there is a paucity of 13th Court of

1

Appeals case law on the issues involved in this case, and as that Court seems to be reluctant to publish its own opinions so as to provide guidance to the courts, and counsel, I have concluded that it would be fruitless to file a request for a rehearing. Additionally, I do not do that simply because I want more time.  Outside of that, these are the holidays, for one. And, I am now going to write my client to find out if he wishes for me to write the PDR or if he wishes to do it himself. I will send him a simply post card to respond quickly. However, the mails are a bit slower during these days. Hence, realistically, not much is going to happen the next two weeks. I would very sincerely appreciate the additional time.

Respectfully submitted,


Law Office of Philip Cowen
500 E. Levee Street
Brownsville, Texas 78520
Tel. 956-541-6031
Fax 956-541-6872
email: ptchb@att.net


_____/s/_____
Philip T. Cowen


## CERTIFICATE OF SERVICE

This is to certify that on Dec. 17, 2012, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Cameron County, 974 E. Harrison St., Brownsville, Texas 78520, by regular mail.


_____/s/_____
Philip T. Cowen